**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – May 8, 2020 |
| U.S. Probation Officer – Shirley L'Esperance | |

5:20-mj-100-01

| | |
|---|---|
| United States of America | Gina Nelson |
| Plaintiff, | |
| vs. | |
| Matthew Harwell | Jonathan McCoy |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 a.m.
TIME:

9:04 a.m.   Enter <u>initial appearance and arraignment</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel and questions the defendant.

Ms. Nelson reads the charges contained in the Criminal Complaint and the maximum possible penalties.

The Court informs the defendant of his rights.
A financial affidavit is executed and will be filed with the court.
The Court enters an oral order appointing CJA Attorney, Jonathan McCoy, to represent the defendant.

Comes now, Matthew Harwell, and enters a plea of not guilty to the charges contained in the Criminal Complaint.

The defendant waives the preliminary hearing.
Mr. McCoy requests a continued detention hearing.
The Court enters a temporary order of detention.

9:21 a.m.   Court is adjourned