**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

Daneta Wollmann United States Magistrate Judge Presiding

Courtroom Deputy - SRC                    Court Reporter – FTR
Courtroom - RC #2                         Date – May 13, 2020
U.S. Probation Officer – Not Present

5:20-mj-100-01

United States of America                           Gina Nelson

                    Plaintiff,

                       vs.

Matthew Harwell                                    Mike Strain

                    Defendant.


TIME HEARING SCHEDULED TO BEGIN: 9:40 a.m.
TIME:

9:39 a.m.      Enter status hearing before the Honorable Daneta Wollmann.

               The Court notes the appearance of counsel.

               No bail report has been filed. The detention hearing will be continued.

9:43 a.m.      Court is adjourned.