**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION**

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SRC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – May 27, 2020 |
| U.S. Probation Officer – Erin Becker | |

5:20-mj-100-01

| | |
|---|---|
| United States of America | Gina Nelson |
| Plaintiff, | |
| vs. | |
| Matthew Harwell | Mike Strain |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:20 a.m.
TIME:

9:23 a.m.    Enter <u>continued detention hearing</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel and questions the defendant.
The defendant waives his right to appear in person and consents to appearing by video.

Ms. Nelson requests detention.
Mr. Strain does not request release at this time.

The Court enters an order of detention.

9:28 a.m.    Court is adjourned