# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

Jeffrey L. Viken  United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - CLR | Court Reporter – Sheri Not Help Him |
| Courtroom – RC #1 | Date – August 16, 2021 |
| U.S. Probation Officer – Shirley L'Esperance | |

### 5:20-cr-50036-01

| | |
|---|---|
| UNITED STATES OF AMERICA | Gina Nelson |
| Plaintiff, | |
| vs. | |
| MATTHEW HARWELL | Michael Strain |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN:  3:00 p.m.

TIME:

| | |
|---|---|
| 3:00 PM | Enter non-evidentiary sentencing hearing |
| | Defendant sentenced to 60 months imprisonment; 4 years supervised release; $100 VAF |
| 3:38 PM | Court adjourned |